IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 12-01407-TUC-JGZ (HCE) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Victor Manuel Valenzuela-Arisqueta, ) | |
| Defendant. ) | |

Defendant Victor Manuel Valenzuela-Arisqueta having elected not to withdraw his guilty plea pursuant to the Court's order of October 4, 2012,

IT IS HEREBY ORDERED the Findings and Recommendations of the Magistrate Judge (Doc. 16) are adopted and this Court accepts Defendant Victor Manuel Valenzuela-Arisqueta's Plea of Guilty.  The Court affirms the sentencing date of November 8, 2012 at 9:20 a.m. in Courtroom 5B, 405 West Congress, Tucson, Arizona 85701, before Judge Jennifer G. Zipps.

DATED this 16th day of October, 2012.

_Jennifer G. Zipps_
Jennifer G. Zipps
United States District Judge